# United States Bankruptcy Court

## Southern District Of New York

In re Arteta LLC, Case No. 26-22329

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4 in the amount of $2,976,180.90 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the transferor. As evidence of the transfer of that claim, the transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

Connect One Bank

Address of Transferor:

2455 Morris Avenue
Union, NJ 07083
Attn: Gian Calautti, Vice President

Name of Transferee:

Taron Partners, LLC

Address of Transferee:

265 Sunrise Highway, Suite 148
Rockville Center, New York 11570

With a copy to:

Rubin LLC
11 Broadway, Suite 715
New York, NY 10004
Attn: Paul Rubin
Tel: 212.390.8054
Email: prubin@rubinlawllc.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Paul A. Rubin
Transferee's Agent Paul A. Rubin

Dated: September 1, 2026

*Penalty for making a false statement*: Fine up to $500,000 or imprisonment of up to 5 years, or both. 18 §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: ____________________

CLERK OF THE COURT

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")

AND TO: Arteta LLC (the "Debtor")

***Re: Secured Claim of ConnectOne Bank***

ConnectOne Bank ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto Taron Partners LLC its successors and assigns ("Purchaser"), all of Seller's right, title and interest in and to Seller's secured claim against the Debtor, proof of which was filed by Seller with the Bankruptcy Court on June 12, 2026 in Debtor's chapter 11 Case No. 26-22329 (KYP) (the "Bankruptcy Case") in the amount of $2,976,180.90 as of the date that the Bankruptcy Case was commenced plus accruing interest, fees, expenses and charges (the "Proof of Claim), together with all rights, claims, and interests of Seller under all of the loan documents, agreements, and instruments executed by Debtor in favor of Seller in connection with or relating to the loan by Seller to Debtor described in the Proof of Claim (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands,and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

IN WITHNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 31, 2026.

Seller,
CONNECTONE BANK

By: ______________________
Name: Gian Calautti
Title: Vice President

Purchaser,
TARON PARTNERS LLC

By: ______________________
Name:
Title:

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")

AND TO: Arteta LLC (the "Debtor")

***Re: Secured Claim of Connect One Bank***

ConnectOne Bank ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto Taron Partners LLC its successors and assigns ("Purchaser"), all of Seller's right, title and interest in and to Seller's secured claim against the Debtor, proof of which was filed by Seller with the Bankruptcy Court on June 12, 2026 in Debtor's chapter 11 Case No. 26-22329 (KYP) (the "Bankruptcy Case") in the amount of $2,976,180.90 as of the date that the Bankruptcy Case was commenced plus accruing interest, fees, expenses and charges (the "Proof of Claim), together with all rights, claims, and interests of Seller under all of the loan documents, agreements, and instruments executed by Debtor in favor of Seller in connection with or relating to the loan by Seller to Debtor described in the Proof of Claim (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands,and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

IN WITHNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August __, 2026.

Seller,
CONNECTONE BANK

By:____________________________
Name:
Title:

Purchaser,
TARON PARTNERS LLC

By: [signature]
Name: Abraham Lowy
Title: Authorized Signatory