# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 9/1/2026 |
| Case: 26−22329−kyp | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| 8687168 | CONNECTONE BANK | 2455 Morris Avenue | Union, NJ 07083 |

TOTAL: 1