**Presentment Date and Time**
**October 2, 2026, at 12:00 P.M.**
**Objection Deadline**
**September 25, 2026, at 5:00 P.M.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

ARTETA, LLC,

Debtor.

Chapter 11
Case No. 26-22329 (KYP)

-------------------------------------------------------X

**NOTICE OF PRESENTMENT FOR ORDER (I) (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S PROPERTY, (B) SCHEDULING A SALE HEARING, (C) APPROVING THE FORM, MANNER AND EXTENT OF NOTICE OF THE SALE PROCESS, AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that upon the hearing on September 15, 2026, of the Sale Motion [ECF Dkt. No. 21] and the annexed Order Approving the Bid Procedures, Scheduling the Sale Hearing, Approving the Form of Notice of Sale and Granting Related Relief of Arteta LLC (the "Debtor") will present the attached Order to the Honorable Kyu Y. Paek, United States Bankruptcy Judge, for signature on **October 2, 2026, at 12:00 noon.**

PLEASE TAKE FURTHER NOTICE that the attached Order contains Bid Procedures and a form of Notice for the Sale that Debtor is asking the Court to approve.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court at least seven days before the date of presentment, there may not be a hearing and the Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to received notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

Dated: Harrison, New York
September 18, 2026,

BRONSON LAW OFFICES, P.C.

By: _/s/: H. Bruce Bronson_

H. Bruce Bronson, Esq.
480 Mamaroneck Avenue
Harrison, New York 10528
Telephone: (914) 269-2530
Fax: (888) 908-6906