Rockland County
Ed Day, Rockland County Executive

**OFFICE OF THE COUNTY ATTORNEY**
11 New Hempstead Road
New City, New York 10956
Phone: (845) 638-5180 Fax: (845) 638-5676

**Thomas E. Humbach**
*County Attorney*

October 27, 2026

***VIA ECF***
Hon. Kyu Young Paek, U.S. Bankruptcy Judge
U.S. Bankruptcy Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601-4150

RE: *Arteta LLC*, Case No. 26-22329

Dear Judge Paek:

This office represents creditor County of Rockland (the "County") in the above-referenced matter. We submit this letter to request withdrawal of William Hartnagel as counsel for the County.

Mr. William Hartnagel is no longer associated with this office. I will be serving as counsel for the County on this case, and all future correspondence and papers in this proceeding should be directed to me. As such, it is humbly requested that, by endorsement of this letter, I, Larraine Feiden, be substituted as counsel for the County and that the Clerk of the Court be directed to terminate William Hartnagel as counsel for the County on the docket.

Thank you for your consideration in this matter.

Respectfully submitted,

*/s/Larraine Feiden*
Larraine Feiden
Principal Assistant County Attorney
Direct Dial: (845) 638-5099
Email: cntyatty@co.rockland.ny.us

cc: All counsel of record (via ECF)

SO ORDERED.

__________________________
HON. KYU YOUNG PAEK
United States Bankruptcy Judge

Dated: White Plains, New York
_______________, 2026